UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | Case No. 10-01574-JDP |
|---|---|
| John R Shull | Chapter  7 |
| Christina A Shull | |
| Debtors. | |

## ORDER GRANTING RELIEF FROM  THE AUTOMATIC STAY

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay filed by Bank of America, N.A., as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BC10, and its servicing agent American Home Mortgage Servicing, Inc ("Movant"), Docket #29 ("Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and no objections having been raised, and good cause existing:
IT IS HEREBY ORDERED:

1. The Automatic Stay imposed by 11 U.S.C. § 362(a) is hereby terminated as to Movant and to the subject property whose legal description is included in the Deed of Trust submitted as an Exhibit to the Motion, and which is commonly described as:
   **1707 Forrey Road, Kuna, ID 83634**
* 2.    The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
/end of text/

Dated:  September 17, 2010

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge